IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PATRICIA WALDROUP o/b/o/
P.W.W., a minor                                                                                                PLAINTIFF

vs.                                          Civil No. 5:09-cv-05013

MICHAEL J. ASTRUE,                                                                                    DEFENDANT
Commissioner, Social Security Administration

**MEMORANDUM OPINION**

On June 25, 2009, Defendant filed a Motion to Remand. (Doc. No. 11).[1] Plaintiff does not oppose this motion. The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. (Doc. No. 4). Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Defendant requests a remand pursuant to sentence four of 42 U.S.C. § 405(g), so the Commissioner may conduct further administrative proceedings. Defendant seeks remand so the Administrative Law Judge (ALJ) may re-evaluate Plaintiff's functioning, considering all of the evidence of record in accordance with 20 C.F.R. §§ 416.924 through 416.926a, and SSRs 09-1p through 09-8p.

This Court finds this motion is well-taken and should be granted. The Commissioner's decision is reversed, and this matter is hereby remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. In addition, the undersigned finds the Plaintiff's Complaint should

---

[1] The docket numbers for this case are referenced by the designation "Doc. No." The transcript pages for this case are referenced by the designation "Tr."

be and hereby is dismissed without prejudice. Plaintiff may still, however, file a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

This Court directs the ALJ to re-evaluate Plaintiff's functioning, considering all of the evidence of record in accordance with 20 C.F.R. §§ 416.924 through 416.926a, and SSRs 09-1p through 09-8p.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 7th day of July, 2009.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE